**Getachew WOLDEAREGAY,**
**Petitioner,**

v.

**U.S. IMMIGRATION & NATURALIZA-TION SERVICE; John Ashcroft, Attorney General for the United States of America, Respondents.**

**No. 02–1171.**

United States Court of Appeals,
Fourth Circuit.

Submitted June 5, 2002.

Decided June 24, 2002.

Richard S. Bromberg, Washington, D.C., for Petitioner. Robert D. McCallum, Jr., Assistant Attorney General, Mark C. Walters, Assistant Director, Arthur L. Rabin, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondents.

Before WILKINS, MICHAEL, and KING, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

PER CURIAM.

Getachew Woldearegay seeks review of the Board of Immigration Appeals' ("Board") decision and order dismissing his appeal from the immigration judge's denial of his application for asylum and withholding of deportation. We have reviewed the administrative record and the Board's decision and find that substantial evidence supports the Board's determination that Woldearegay failed to establish a well-founded fear of persecution. Accordingly, we deny Woldearegay's petition for review on the reasoning of the Board. *See Woldearegay v. INS,* No. A70–817–716 (B.I.A. Jan. 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*